UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| GUADALUPE BETANCOURT, Individually, : | |
| : | |
| Plaintiff, : | |
| : | |
| v.  : | Case No. 1:12-cv-638 |
| : | |
| GDP BEELINE, LLC : | |
| A Domestic Limited Liability Company : | |
| : | |
| Defendant. : | |
| _____/ : | |

| | |
|---|---|
| /s/ Pete M. Monismith | /s/ Jeff Dornbos |
| PETE M. MONISMITH | Jeff Dornbos |
| PETE M. MONISMITH, PC | WARNER NORCROSS & JUDD LLP |
| 3945 Forbes Avenue, | 85 East 8th Street, Suite 310 |
| Suite #175 | Holland, Michigan 49423 |
| Pittsburg, Pennsylvania  15213 | Tel: (616) 396-3260 |
| Telephone:  (724) 610-1881 | jdornbos@wnj.com |
| Facsimile (412) 258-1309 | |
| Pete@monismithlaw.com | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |

## STIPULATED ORDER OF DISMISSAL, WITH PREJUDICE

    At a session of said Court, held in the U.S. District Court for the
Western District of Michigan,
       On:  _____

_____
PRESENT:  Gordon J. Quist
United States District Court Judge

    The parties having stipulated to the entry of an Order dismissing the case with prejudice,

and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the above-entitled case **BE**, and hereby **IS**, **DISMISSED WITH PREJUDICE**, and without costs or attorney fees to any party.

        Honorable Gordon J. Quist
        United States District Court Judge

The parties, through their counsel, hereby stipulate to the entry of the above Stipulated Order of Dismissal, With Prejudice.

| | |
|---|---|
| /s/ Pete M. Monismith<br>PETE M. MONISMITH<br>PETE M. MONISMITH, PC<br>3945 Forbes Avenue,<br>Suite #175<br>Pittsburg, Pennsylvania 15213<br>Telephone: (724) 610-1881<br>Facsimile (412) 258-1309<br>Pete@monismithlaw.com<br>***Attorneys for Plaintiff***<br><br>Dated: January 4, 2013 | /s/ Jeff Dornbos<br>Jeff Dornbos<br>WARNER NORCROSS & JUDD LLP<br>85 East 8th Street, Suite 310<br>Holland, Michigan 49423<br>Tel: (616) 396-3260<br>jdornbos@wnj.com<br>***Attorneys for Defendant***<br><br>Dated: January 4, 2013 |