UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

GUADALUPE BETANCOURT, Individually,　:
　　　　　　　　　　　　　　　　　　　　:
　　　　Plaintiff,　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
v.　　　　　　　　　　　　　　　　　　　:　Case No. 1:12-cv-638
　　　　　　　　　　　　　　　　　　　　:
GDP BEELINE, LLC　　　　　　　　　　　 :
A Domestic Limited Liability Company　　 :
　　　　　　　　　　　　　　　　　　　　:
　　　　Defendant.　　　　　　　　　　　:
_____/ :

| | |
|---|---|
| /s/ Pete M. Monismith | /s/ Jeff Dornbos |
| PETE M. MONISMITH | Jeff Dornbos |
| PETE M. MONISMITH, PC | WARNER NORCROSS & JUDD LLP |
| 3945 Forbes Avenue, | 85 East 8th Street, Suite 310 |
| Suite #175 | Holland, Michigan 49423 |
| Pittsburg, Pennsylvania 15213 | Tel: (616) 396-3260 |
| Telephone: (724) 610-1881 | jdornbos@wnj.com |
| Facsimile (412) 258-1309 | |
| Pete@monismithlaw.com | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |

## STIPULATED ORDER OF DISMISSAL, WITH PREJUDICE

　　　At a session of said Court, held in the U.S. District Court for the
　　　Western District of Michigan,
　　　　　On: ____January 7, 2013_____

　　　　　　_____
　　　　　　　　PRESENT:　Gordon J. Quist
　　　　　　　　United States District Judge

　　The parties having stipulated to the entry of an Order dismissing the case with prejudice,

and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the above-entitled case **BE**, and hereby **IS**, **DISMISSED WITH PREJUDICE**, and without costs or attorney fees to any party.

                                                           `/s/ Gordon J. Quist`
                                                           Honorable Gordon J. Quist
                                                           United States District Judge

The parties, through their counsel, hereby stipulate to the entry of the above Stipulated Order of Dismissal, With Prejudice.

/s/ Pete M. Monismith
PETE M. MONISMITH
PETE M. MONISMITH, PC
3945 Forbes Avenue,
Suite #175
Pittsburg, Pennsylvania  15213
Telephone:  (724) 610-1881
Facsimile (412) 258-1309
Pete@monismithlaw.com
*Attorneys for Plaintiff*

Dated: January 4, 2013

/s/ Jeff Dornbos
Jeff Dornbos
WARNER NORCROSS & JUDD LLP
85 East 8th Street, Suite 310
Holland, Michigan 49423
Tel: (616) 396-3260
jdornbos@wnj.com
*Attorneys for Defendant*

Dated: January 4, 2013